UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACK IRVING WALHOOD,<br><br>              Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>              Defendant. | CASE NO.  10-CV-05888 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, Plaintiff's objections [Dkt. #17] and Defendant's response thereto [Dkt. #18], does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation and this matter is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

(2) The Clerk is directed to enter **JUDGMENT** for defendant and the case should be closed. and

(2) The Clerk is directed to send copies of this Order to counsel of record.

DATED this 24th day of October, 2011.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1