# United States District Court

WESTERN DISTRICT OF WASHINGTON

JACK IRVING WALHOOD

**JUDGMENT IN A CIVIL CASE**

v.

MICHAEL ASTRUE, Commissioner
 of Social Security Administration

CASE NUMBER: C10-5888RBL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation and this matter is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk is directed to enter **JUDGMENT** for defendant and the case should be closed.

| | |
|---|---|
| October 25, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |